C. A. No. 76-326. STATE *v.* IRA HOLLAND. The defendant's motion that this case be remanded to Superior Court for hearing on motion for bail pending appeal is granted.

At the conclusion of said hearing this case will be returned to this court forthwith. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Barbara*

*Hurst, John A. MacFadyen III,* Asst. Public Defenders, for defendant.

C. A. No. 76-382. State *v.* John L. Andrews. The defendant's motion that this case be remanded to Superior Court for hearing on motion for bail pending appeal is granted.

At the conclusion of said hearing this case will be returned to this court forthwith. *Julius C. Michaelson,* Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Barbara Hurst, John A. MacFadyen III,* Asst. Public Defenders, for defendant.